Bennie L. FRY, Jr. *v.* STATE of Arkansas

RC 91-56                                      822 S.W.2d 849

Supreme Court of Arkansas
Opinion delivered January 21, 1992

*Tom Garner*, for appellant.

*Winston Bryant*, Att'y Gen., by: *Clint Miller*, Senior Asst. Att'y Gen., for appellee.

PER CURIAM. Appellant, Bennie L. Fry, Jr., by his attorney, has filed a motion for a rule on the clerk.

His attorney, Tom Garner, admits by motion that the record was tendered late due to a mistake on his part.

■ We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.

The motion is, therefore, granted.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.